No. 403. FERRIBEE *v.* UNITED STATES ET AL. November 14, 1938. Petition for writ of certiorari to the Circuit

Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph E. Snowden* and *W. Robert Ming, Jr.* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland* and *Mr. Oscar Provost* for the United States, and *Mr. Harold L. Reeve* for George T. O'Brien et al., respondents.